UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARK SISLEY,

        Plaintiff,

  v.

PRUDENTIAL INSURANCE COMPANY OF AMERICA,

        Defendant.

C24-1870

MINUTE ORDER

Having reviewed the parties' Joint Status Report, docket no. 10, indicating that the dispute in this matter is governed by the Employee Retirement Income Security Act of 1974 ("ERISA"), the Court sets the following dates and deadlines:

| | |
|---|---|
| BENCH TRIAL DATE (1 day) | October 27, 2025 |
| Deadline for filing administrative record | April 4, 2025 |
| Deadline for filing cross-motions for summary judgment[1] | July 11, 2025 |
| Deadline for filing responses to cross-motions for summary judgment | August 8, 2025 |

---

[1] Any cross-motions for summary judgment shall be noted for the date that responses are due. No replies shall be filed unless requested by the Court.

MINUTE ORDER - 1

| | | |
|---|---|---|
| Agreed pretrial order[2] due | | October 10, 2025 |
| Trial briefs and proposed findings of fact and conclusions of law due | | October 10, 2025 |
| Pretrial conference scheduled for | | October 17, 2025, at 10:00 AM |

The dates and deadlines set forth herein are firm and can be changed only by order of the Court. The Court will alter this case schedule only upon good cause shown. Counsel must be prepared to begin trial on the date scheduled, but should understand that the trial might have to await the completion of other cases.

The administrative record shall be filed under seal via the Case Management and Electronic Case Files ("CM/ECF") system. A working copy of the administrative record must be provided to the Court at the time any dispositive motion is filed or at the time trial briefs are submitted, whichever occurs first. The working copy shall be three-hole punched, appropriately tabbed, and bound by rubbers bands or clips.

Notwithstanding Local Civil Rule 16.1, the exhibit list attached to the agreed pretrial order shall be prepared in table format with the following columns: "Exhibit Number," "Description," "Admissibility Stipulated," "Authenticity Stipulated/Admissibility Disputed," "Authenticity Disputed," and "Admitted." The latter column is for the Clerk's convenience and shall remain blank, but the parties shall indicate the status of an exhibit's authenticity and admissibility by placing an "X" in the appropriate column. Duplicate documents shall not be listed twice: once a party has identified an exhibit in the pretrial order, any party may use it.

The original and one copy of the trial exhibits are to be delivered to the courtroom at a time coordinated with Laurie Cuaresma, who can be reached at 206-370-8521, no later than the Friday before trial. Each set of exhibits shall be submitted in a three-ring binder with appropriately numbered tabs. Each exhibit shall be clearly marked. Plaintiff's exhibits shall be numbered consecutively beginning with 1; defendant's exhibits shall be numbered consecutively beginning with the next multiple of 100 after plaintiff's last exhibit; any other party's exhibits shall be numbered consecutively beginning with the next multiple of 100 after defendant's last exhibit. For example, if plaintiff's last exhibit is numbered 159, then defendant's exhibits shall begin with the

---

[2] The Agreed pretrial order shall be filed in CM/ECF and shall also be attached as a Word compatible file to an Internet e-mail sent to the following e-mail address: ZillyOrders@wawd.uscourts.gov.

MINUTE ORDER - 2

number 200; if defendant's last exhibit number is 321, then any other party's exhibits shall begin with the number 400.

If this case settles, counsel shall immediately notify Chambers at (206) 370-8830; failure to do so constitutes grounds for sanctions. <u>See</u> Local Civil Rule 11(b).

A copy of this Minute Order shall be sent to all counsel of record.

Dated this 27th day of March, 2025.

<u>Ravi Subramanian</u>
Clerk

<u>/s/ Laurie Cuaresma</u>
Deputy Clerk

MINUTE ORDER - 3