UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARK SISLEY,<br><br>Plaintiff,<br><br>v.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | C24-1870 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant's Unopposed Motion for Extension of Time to File the Administrative Record, docket no. 13, is GRANTED. Defendant's deadline to file the administrative record is EXTENDED to April 18, 2025.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 28th day of March, 2025.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

MINUTE ORDER - 1